JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SADLON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-02033-JWH-KES<br><br>Hon. John W Holcomb<br><br>**JUDGMENT** |

1

**JUDGMENT**

1  Pursuant to Plaintiff's Request for Entry of Judgment, and in accordance
2  with Rules 58 and 68 of the Federal Rules of Civil Procedure,
3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
4  1.  Plaintiff KRISTEN SADLON ("Plaintiff") accepted Defendant FCA
5  US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on January 7, 2026.
6  2.  Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in
7  the amount of $10,000.00 pursuant to the terms of the Rule 68 Offer.
8  **IT IS SO ORDERED.**

10  Date: January 12, 2026

Hon. John W Holcomb
UNITED STATES DISTRICT JUDGE